**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MINDEN PICTURES, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: |
| FATHOM UNLIMITED, INC., | : | 1:23-cv-01776-VEC |
| Defendant. | : | |

# NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Plaintiff and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Notice of Voluntary Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Dated: March 17, 2023

Respectfully submitted,

*/s/ David C. Deal*
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 625
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*